UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT

CIVIL ACTION NO.

| | |
|---|---|
| NATASHA TAYLOR<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| FAMILY DOLLAR STORES OF CONNECTICUT, INC.<br>    Defendant | )<br>)<br>) |

## DEFENDANT FAMILY DOLLAR STORES OF CONNECTICUT, LLC.'S RULE 7.1 DISCLOSURE STATEMENT

Defendant Family Dollar Stores of Connecticut, LLC, by its attorney, COUGHLIN BETKE LLP, as for their Rule 7.1 disclosure statement, hereby states as follows:

1. Family Dollar Stores of Connecticut, LLC is a Virginia limited liability company.

2. The sole member of Family Dollar Stores of Connecticut, LLC is Family Dollar, Inc.

3. Family Dollar, Inc. is a corporation incorporated in North Carolina and headquartered in Virginia.

Respectfully submitted by,
The Defendant,
FAMILY DOLLAR STORES OF CONNECTICUT, INC,
By its attorney,

/s/ Kevin J. O'Leary

Kevin J. O'Leary, USDC CT Bar No. 30271
COUGHLIN BETKE LLP
175 Federal Street
Boston, MA 02110
Tel. (617) 988-8050
koleary@coughlinbetke.com

Dated: June 6, 2017

## CERTIFICATE OF SERVICE

I, Kevin J. O'Leary, hereby certify that on June 6, 2017, I served a copy of the foregoing PETITION FOR REMOVAL was filed electronically and served by mail, postage prepaid upon the parties listed below. Notice of the filing will be sent by email to all by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's ECF system.

Wesley M. Malowitz, Esq.
Law Offices of Wesley M. Malowitz
1055 Summer Street, 2nd Floor
Stamford, CT 06905

/s/ Kevin J. O'Leary
_____
Kevin J. O'Leary, Esq.